The People of the State of Illinois, Plaintiff-Appellee, v. Douglas Jones, Defendant-Appellant.

(No. 57269;

First District (1st Division)—August 13, 1973.

Opinion by Mr. PRESIDING JUSTICE BURKE.

Jerome J. Roberts, of Jenner & Block, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and Frederic I. Chaimson, Assistant State's Attorneys, of counsel,) for the People.